# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 4, 2012

145035

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL WILLIAM MUNGO,
      Defendant-Appellant.

SC: 145035
COA: 269250
Washtenaw CC: 05-001221-FH

_____/

On order of the Court, the application for leave to appeal the March 6, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

ZAHRA, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012 _____

s0827

_____
Clerk